October 13, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

JOHN GIRALDO, Appellant

NO. 14-10-00780-CV                 V.

JUAN J. JIMENEZ PAVIA, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Juan J. Jimenez Pavia, signed April 20, 2010, was heard on the transcript of the record. We have inspected the record and find the trial court erred in its award of attorney's fees. We therefore order that the portions of the judgment awarding attorney's fees to appellee are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order each party to pay their own costs incurred in this appeal. We further order this decision certified below for observance.